IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Paul Bowman, III,

        Plaintiff,              Case No. 2:11–cv–601

   v.                            Judge Michael H. Watson
                              Magistrate Judge King

City of Steubenville, *et al.*,

        Defendants.

## ORDER

On March 7, 2012, the United States Magistrate Judge granted Plaintiff's motion for an extension of time to effect service of process on Defendant James Marquis and recommended that the motion to dismiss this defendant, ECF No 14, be denied. *Order and Report and Recommendation*, ECF No. 20. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 20, is **ADOPTED AND AFFIRMED**. The motion to dismiss for lack of service, ECF No. 14, is **DENIED**.

                                              */s/ Michael H. Watson*
                                              MICHAEL H. WATSON, JUDGE
                                              UNITED STATES DISTRICT COURT