```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
```

**PAUL BOWMAN, III,**

       Plaintiff,

   vs.                                    Civil Action 2:11-CV-601
                                              Judge Watson
                                              Magistrate Judge King

**CITY OF STEUBENVILLE,**
*et al.*,
       Defendants.


## ORDER

Defendants' unopposed motion for an extension of time to file a reply in support of their motion for judgment on the pleadings, Doc. No. 33, is **GRANTED.**

Should the motion for leave to amend the complaint be denied, defendants must file their reply within seven (7) days. Should the motion for leave to amend the complaint be granted, the motion for judgment on the pleadings will be denied as moot.

May 30, 2012                                         *s/Norah McCann King*
                                                            Norah McCann King
                                                    United States Magistrate Judge